UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity, and DYLAN SMOCK, in his individual capacity,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 4:25-CV-00076<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFIED NOTICE OF REMOVAL

Defendants, City of North Vernon, North Vernon Police Department, Chris Allen, and Adam Driver, by counsel, pursuant to 28 U.S. C. §1441, hereby give notice of consent to and participation in the removal of Civil Cause No. 40D01-2504-CT-000010 from the Superior Court of Jennings County, Indiana. In support whereof, defendants state the following:

    1.    On or about April 9, 2025, plaintiff filed a Complaint for Damages in the Jennings Superior Court entitled <u>The Estate Of Rachel Blake, Deceased, By Jacob Wright, Personal Representative v. City Of North Vernon, North Vernon Police Department, Jennings County Commissioners, Jennings County Sheriff's Office, Chris Allen, in his individual capacity, Adam Driver, in his individual capacity, Ben Seastrom, in his individual capacity , and Dylan Smock, in his individual capacity</u>, which was assigned Cause No. 40D01-2504-CT-000010. Copies of the Complaint served on defendants on or about April 14, 2025, the summonses to each defendant, and the chronological case summary and other filings constituting the entire state record to date are attached hereto as Exhibit A.

2. In the Complaint for Damages, plaintiff claims various violations of the decedent's constitutional right, use of excessive force, and false imprisonment. A copy of the Complaint for Damages is attached within Exhibit A, but also attached separately as Exhibit B, pursuant to S.D.Ind.L.R.81-2(d).

3. In the Complaint for Damages, plaintiff states that its claims are brought pursuant to 42 U.S.C. §§1983 and 1988 as well as in accordance with *Monell v. Dep't of Soc. Servs. Of City of New York*, 436 U.S. 658 (1978).

4. The United States District Court for the Southern District of Indiana, New Albany Division has original jurisdiction over such claims and any pendant state law based claims.

5. Plaintiff's action may be removed to federal court under 28 U.S.C. §1331 because plaintiff's claims assert federal questions.

6. Plaintiff filed its Complaint for Damages on April 9, 2025. Defendants have filed this Notice of Removal within thirty (30) days after service and receipt of Complaint for Damages against the defendants. It is, therefore, timely filed under 28 U.S.C. §1446(b).

WHEREFORE, defendants, City of North Vernon, North Vernon Police Department, Chris Allen, and Adam Driver, request that this cause proceed in this Court as an action properly removed.

    Respectfully submitted,

    CARSON LLP

    By: /s/ Douglas A. Hoffman
        Douglas A. Hoffman/ #15459-53
        Attorney for defendants, City of North
        Vernon, North Vernon Police Department,
        Chris Allen, and Adam Driver

301 W. Jefferson Blvd, Suite 200
Fort Wayne, Indiana   46802
Tele: (812) 345-0988
Hoffman@carsonllp.com

I verify that the attached State Court Record, Exhibit A hereto, is complete as of the date of removal.

CERTIFICATE OF SERVICE

I certify that on April 25, 2025, I electronically filed the foregoing document. A copy of this document will be served on the following via the Court's electronic filing system.

| | |
|---|---|
| Anthony W. Patterson | Pfenne P. Cantrell |
| Courtney L. Darcy | KIGHTLINGER & GRAY, LLP |
| PARR RICHEY FRANDSEN | pcantrell@k-glaw.com |
| PATTERSON KRUSE LLP | |
| tpatterson@parrlaw.com | |
| cdarcy@parrlaw.com | |

/s/Douglas A. Hoffman
Douglas A. Hoffman