UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity, and DYLAN SMOCK, in his individual capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 4:25-CV-00076-TWP-KMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS', JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, BEN SEASTROM, AND DYLAN SMOCK, PARTIAL MOTION TO DISMISS COMPLAINT**

Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, and Dylan Smock, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully submit their Partial Motion to Dismiss Plaintiff's, Jacob Wright, as Personal Representative of the Estate of Rachel Blake, Complaint. A Memorandum of Law in Support of Defendants' Motion is attached hereto.

WHEREFORE, Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, and Dylan Smock, respectfully request that this Court grant their Partial Motion to Dismiss Complaint; enter an Order dismissing, with prejudice, Count I of Plaintiff's Complaint against Defendants Jennings County Commissioners and Jennings County Sheriff's Office with prejudice, and Count II of Plaintiff's Complaint against Defendants Jennings County

Commissioners, Jennings County Sheriff's Office, Ben Seastrom, and Dylan Smock with prejudice; and for all other just and proper relief.

        Respectfully submitted,

        KIGHTLINGER & GRAY, LLP

        */s/ Pfenne P. Cantrell*
        Pfenne P. Cantrell, Atty. No. 18555-49
        255 S. East Street, Suite 220
        Indianapolis, IN 46202
        Telephone: (317) 638-4521
        Fax: (317) 656-5917
        Email: pcantrell@k-glaw.com
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of May, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below. Any other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Anthony W. Patterson
Courtney L. Darcy
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
tpatterson@parrlaw.com
cdarcy@parlaw.com

Douglas A. Hoffman
CARSON LLP
Hoffman@carsonllp.com

        */s/ Pfenne P. Cantrell*
        Pfenne P. Cantrell

KIGHTLINGER & GRAY, LLP
225 S. East Street
Suite 220
Indianapolis, Indiana 46202
(317) 638-4521
pcantrell@k-glaw.com

250262/64596633-1