UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity, and DYLAN SMOCK, in his individual capacity,<br><br>Defendants. | CASE NO. 4:25-CV-00076-TWP-KMB |

### ORDER OF PARTIAL DISMISSAL OF COMPLAINT FOR DEFENDANTS JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, BEN SEASTROM, AND DYLAN SMOCK

Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, and Dylan Smock, by counsel, having filed their Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court, having reviewed the motion and supporting memorandum, and being duly advised, now GRANTS the Defendants' Motion to Dismiss for failure to state a claim.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

A. Count I of Plaintiff Jacob Wright's, as Personal Representative of the Estate of Rachel Blake, Complaint against Defendants Jennings County Commissioners and Jennings County Sheriff's Office is dismissed with prejudice; and

250262/64600487-1

  B. Count II of Plaintiff's Complaint against Defendants Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, and Dylan Smock is dismissed with prejudice.

SO ORDERED: _____

_____
Judge, Southern District Court of Indiana
New Albany Division

Distribution: All Counsel of Record.

250262/64600487-1