IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative, <br><br>        Plaintiff, <br><br>v. <br><br>CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity and DYLAN SMOCK, in his individual capacity, <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CAUSE NO. 4:25-CV-00076-TWP-KMB |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Pursuant to the case management plan in this matter, Plaintiff, by counsel, now identifies the following potential witnesses to be called at trial:

The following persons may be called as witnesses on behalf of the Plaintiff in this matter:

1. Jacob Wright, Personal Representative. May be contacted through counsel.

2. Chris Allen, Defendant.

3. Adam Driver, Defendant.

4. Representatives of the City of New Vernon, Defendant, including but not limited to any and all individuals, representatives, agents, and agencies involved in policy setting for the North Vernon Police Department.

7466760

    5.    Any and all representatives of the North Vernon Police Department, Defendant,

including but not limited to:

- Supervisors consulted or otherwise involved in the use of force at issue in Plaintiff's complaint.

- Any internal affairs officers involved in the investigation of the officer-involved shooting.

- Any officers who visited the Deceased's residence on or around April 9, 2024.

- Any and all individuals, representatives, or agents involved in policy setting for the North Vernon Police Department including, but not limited to, policies related to involuntary commitment, emergency detention, exigent circumstances, citizens experiencing mental health crises, de-escalation, and/or use of force.

- The following officers listed in NVPD's Officer Report for Incidents 24NV02248 and 24NV02261:

    T. Resch
    I. Barkes
    M. Henry
    S. Willis
    I. Barkes
    K. Freeman
    K. Messer
    C. Low
    A. Grunden
    M. Holliday
    I. McPherson
    G. Hoppock
    L. Newsom
    T. Beam
    C. Kipper

    6.    Ben Seastrom, Defendant.

    7.    Dylan Smock, Defendant.

7466760

8. Representatives of Jennings County Commissioners, Defendant, including but not limited to any and all individuals, representatives, agents, and agencies involved in policy setting for the Jennings County Sheriff's Office.

9. Any and all representatives of the Jennings County Sheriff's Department, including but not limited to:

- Supervisors consulted or otherwise involved in the use of force at issue in Plaintiff's complaint.

- Any internal affairs officers or employees involved in the investigation of the officer-involved shooting.

- Any officers who visited the Deceased's residence on or around April 9, 2024.

- Any and all individuals, representatives, or agents involved in policy setting for the Jennings County Sheriff's Office, including, but not limited to, policies related to involuntary commitment, emergency detention, exigent circumstances, citizens experiencing mental health crises, de-escalation, and/or use of force.

10. Brian J. Belding, Jennings County Prosecuting Attorney.

11. J. Mays, Detective, Indiana State Police.

12. Any and all representatives of the Indiana State Police involved in the investigation of the shooting of the Deceased, including but not limited to Detective J. Mays, the crime scene investigator, any representative present at the Deceased's autopsy, and any representative involved in writing the investigation report provided to the Jennings County Prosecuting Attorney's office.

13. Any and all individuals who provided witness statements used in any investigation of the Deceased's shooting death.

14. Jackie Stout, Grandmother of the Deceased.

15. Brandi Hinnefeld, Sister of the Deceased.

7466760

16. Any other family member or neighbor of the Deceased who may have spoken to the Deceased between April 1, 2024, and the date of the Deceased's shooting death.

17. Any social worker, case worker, or other social service provider who visited the Deceased's residence on or between April 1, 2024, and April 9, 2024.

18. Mike Wagner and/or his spouse, former Landlord of the Deceased.

19. Stephen Wagner.

20. Alden Rudicel, Jennings County Coroner.

21. Any and all representatives of the Hamilton County Coroner and Crime Laboratory in Ohio who were involved in the Deceased's autopsy, including but not limited to Dorothy E. Dean, M.D., Joe Kosiorowski, and Gabrielle Kinney.

22. Any and all of Plaintiff's treating medical and other health care providers.

23. Any and all representatives of Stride Center, 1075 2nd Street, Columbus, IN who visited the Deceased's residence on or around April 9, 2024.

24. Any and all individuals involved in setting the Indiana Uniform Statewide Deadly Force Policy and Uniform Training Program on Deadly Force.

25. Any and all individuals identified in Defendants' Initial Disclosures.

26. All other persons who may have particular knowledge of any of the claims and damages at issue.

This list does not include witnesses who may be used solely for the purpose of rebuttal or impeachment, the necessity of whose testimony cannot reasonably be foreseen. Discovery remains ongoing. The names of any additional witnesses will be supplied as soon as practicable to the Court and other counsel of record.

7466760

Plaintiff reserves the right to supplement this witness list as discovery develops in this matter and whose identity will be made known to the other parties to this cause.

                Respectfully submitted,

                PARR RICHEY FRANDSEN
                 PATTERSON KRUSE LLP

                Attorneys for Plaintiff

                By: /s/ *Courtney L. Darcy*
                    Courtney L. Darcy, 35800-49

Anthony W. Patterson, 17497-53
Jesse I. Smith, 37583-49
PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP
225 West Main Street
P.O. Box 668
Lebanon, IN 46052
Phone: (765) 482-0110
Facsimile: (765) 483-3444
Email: tpatterson@parrlaw.com
      jsmith@parrlaw.com

Courtney L. Darcy, 35800-49
PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone:  (317) 269-2500
Facsimile:  (317) 269-2514
Email:  cdarcy@parrlaw.com

7466760