IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity and DYLAN SMOCK, in his individual capacity, <br><br> Defendants. | CAUSE NO. 4:25-CV-00076-TWP-KMB |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Pursuant to the case management plan in this matter, Plaintiff, by counsel, now identifies the following potential exhibits to be used at trial:

Plaintiff may use as exhibits in this case the following:

1. Findings of Prosecutor Review of Officer Involved Shooting including all attachments.

2. North Vernon Police Department Officer Report for Incident 24NV02178.

3. The Indiana Uniform Statewide Deadly Force Policy and Uniform Training Program on Deadly Force.

4. Any documents used by or created by the Indiana State Police in investigating the shooting death of the Deceased.

7466749

5.	Any and all records of the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office related to any investigation of the shooting death of the Deceased.

6.	Any and all videos provided by the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

7.	Any and all policies created or used by the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

8.	Any and all communications related to the shooting death of the Deceased in the possession of the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

9.	Any and all training manuals or presentations created or used by the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

10.	Any and all witness statements in the possession of the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

11.	Any and all officer statements in the possession of the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office.

12.	Any and all training records for officers or employees of the City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the

7466749

Jennings County Sheriff's Office, including but not limited to Defendants Allen, Driver, Seastrom, and Smock.

13. Any and all personnel files and/or employment records of Defendants Allen, Driver, Seastrom, and Smock, or any other employee or officer of City of North Vernon, the North Vernon Police Department, the Jennings County Commissioners, or the Jennings County Sheriff's Office with knowledge or information about the events giving rise to this lawsuit.

14. Any and all of Rachel Blake's medical records.

15. Any and all of Rachel Blake's autopsy records.

16. Any and all photographs from the scene of the incident.

17. Plaintiff's Tort Claims Notice.

18. All pleadings in this case.

19. Affidavits of authentication or certification of health and medical records.

20. Any and all depositions and exhibits to depositions that have been taken or may be taken in this case.

21. Any and all documents produced by the parties in response to discovery requests.

22. Any and all discovery responses of the parties.

23. Any and all documents identified through further discovery and investigation.

24. Any and all exhibits listed or offered by the Defendants.

25. Any and all exhibits necessary for purposes of impeachment and/or rebuttal at trial.

Discovery remains ongoing. Plaintiff reserves the right to supplement his exhibit list as discovery develops in this matter and will identify said exhibits to all other parties to this cause.

7466749

Respectfully submitted,

PARR RICHEY FRANDSEN
PATTERSON KRUSE LLP

Attorneys for Plaintiff

By: /s/ *Courtney L. Darcy*

|  |  |
|---|---|
| Anthony W. Patterson, 17497-53 | Courtney L. Darcy, 35800-49 |
| Jesse I. Smith, 37583-49 | PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP |
| PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP | 251 North Illinois Street, Suite 1800 |
| 225 West Main Street | Indianapolis, IN 46204 |
| P.O. Box 668 | Telephone: (317) 269-2500 |
| Lebanon, IN 46052 | Facsimile: (317) 269-2514 |
| Phone: (765) 482-0110 | Email: cdarcy@parrlaw.com |
| Facsimile: (765) 483-3444 | |
| Email: tpatterson@parrlaw.com | |
| jsmith@parrlaw.com | |