UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NORTH VERNON, <br> NORTH VERNON POLICE DEPARTMENT, <br> JENNINGS COUNTY COMMISSIONERS, <br> JENNINGS COUNTY SHERIFF'S OFFICE, <br> CHRIS ALLEN, in his individual capacity, <br> ADAM DRIVER, in his individual capacity, <br> BEN SEASTROM, in his individual capacity, <br> and DYLAN SMOCK, in his individual capacity, <br><br> Defendants. | Case No. 4:25-cv-00076-TWP-KMB |

**DEFENDANTS', JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, BEN SEASTROM, AND DYLAN SMOCK, PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, in his individual capacity, and Dylan Smock, in his individual capacity ("Jennings Defendants"), by counsel and pursuant to the case management plan in this matter, now identifies the following potential witnesses and exhibits to be used at trial:

**JENNINGS DEFENDANTS' PRELIMINARY WITNESS LIST**

The following persons may be called as witnesses on behalf of the Jennings Defendants in this matter:

1. Jacob Wright, Personal Representative of the Estate of Rachel Blake, Plaintiff.

2. Chris Allen, Defendant.

3. Adam Driver, Defendant.

4. Ben Seastrom, Defendant.

5. Dylan Smock, Defendant.

6. Brian J. Belding, Jennings County Prosecuting Attorney.

7. Detective J. Mays, Indiana State Police

8. Jackie Stout, Grandmother of the Deceased.

9. Brandi Hinnefeld, Sister of the Deceased.

10. Michael Wagner, Landlord of the Deceased.

11. Alden Rudicel, Jennings County Coroner.

12. Any and all of Plaintiff's treating medical and other health care providers.

13. Any and all individuals deposed in this matter.

14. Any and all individuals identified in Plaintiffs' Initial Disclosures.

15. Any and all individuals identified in Initial Disclosures of co-defendants, City of North Vernon, North Vernon Police Department, Chris Allen, and Adam Driver,

16. All other persons who may have particular knowledge of any of the claims and damages at issue.

17. Any individual identified or referenced, either by or not by name, in Plaintiff's Complaint.

18. Any individual identified in any party's answers to interrogatories or responses to requests for production.

19. Any witness used for expert testimony.

20. Any witnesses needed for rebuttal or impeachment purposes or to establish the foundation of any documents, exhibits, or testimony at trial.

This list does not include witnesses who may be used solely for the purpose of rebuttal or impeachment, the necessity of whose testimony cannot reasonably be foreseen. Discovery remains ongoing. The names of any additional witnesses will be supplied as soon as practicable to the Court and other counsel of record.

Jennings Defendants reserve the right to supplement this witness list as discovery develops in this matter and whose identity will be made known to the other parties to this cause.

## JENNINGS DEFENDANTS' PRELIMINARY EXHIBIT LIST

Jennings Defendants may use as exhibits in this case the following:

1. Findings of Prosecutor Review of Officer Involved Shooting, including all attachments.

2. Indiana State Police Report No. 24ISPC005584.

3. The Indiana Law Enforcement Training Board Uniform Statewide Deadly Force Policy and Uniform Training Program on Deadly Force.

4. The Jennings County Sheriff's Office Use of Force Policy.

5. AXON Taser Logs for Deputies Ben Seastrom and Dylan Smock on April 9, 2024 relating to the incident that is the subject of Plaintiff's complaint.

6. Any documents or records used by or created by the Indiana State Police, City of North Vernon, or the North Vernon Police Department in investigating the incident that is the subject of Plaintiff's complaint.

7. Any and all body camera video footage of the incident that is the subject of Plaintiff's complaint.

8. Any and all of Rachel Blake's medical records.

9. Any and all of Rachel Blake's autopsy records.

10. Any and all photographs from the scene of the incident.

11. Plaintiff's Tort Claims Notice.

12. All pleadings in this case.

13. All documents attached as exhibits to pleadings in this case.

14. Affidavits of authentication or certification of health and medical records.

15. Any and all deposition transcripts and exhibits to deposition transcripts that have been taken or may be taken in this case.

16. Any and all documents produced by the parties in response to discovery requests.

17. Any and all discovery responses of the parties.

18. Any and all documents identified through further discovery and investigation.

19. Any and all exhibits listed or offered by the Plaintiff in his Initial Disclosures.

20. Any and all exhibits listed or offered by Co-Defendants, City of North Vernon, North Vernon Police Department, Chris Allen, and Adam Driver, in their Initial Disclosures.

21. Any and all documents relating to or relevant to the damages claimed by Plaintiff in this matter.

22. Any document identified, referenced, or produced in any party's answers to interrogatories or responses to requests for production.

23. Any reports by an expert witness.

24. Curriculum vitae of any expert witness.

25. Any records prepared by, utilized by, referred by, relied upon by, and/or reviewed by any expert witness.

26. Any and all exhibits necessary for purposes of impeachment and/or rebuttal at trial.

Discovery remains ongoing. Jennings Defendants reserve the right to supplement their exhibit list as discovery develops in this matter and will identify said exhibits to all other parties to this cause.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

/s/ Pfenne P. Cantrell
Pfenne P. Cantrell, Atty. No. 18555-49
Allissa A. Aardema, Atty. No. 38111-53
255 S. East Street, Suite 220
Indianapolis, IN 46202
Telephone: (317) 638-4521
Fax: (317) 656-5917
Email: pcantrell@k-glaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below. Any other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Anthony W. Patterson
Courtney L. Darcy
Jesse Smith
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
tpatterson@parrlaw.com
cdarcy@parlaw.com
jsmith@parrlaw.com

Douglas A. Hoffman
CARSON LLP
Hoffman@carsonllp.com

/s/ Pfenne P. Cantrell
Pfenne P. Cantrell

KIGHTLINGER & GRAY, LLP
225 S. East Street
Suite 220
Indianapolis, Indiana 46202
(317) 638-4521
pcantrell@k-glaw.com