UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| THE ESTATE OF RACHEL BLAKE, Deceased, by JACOB WRIGHT, Personal Representative, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-00076-TWP-KMB |
| CITY OF NORTH VERNON, NORTH VERNON POLICE DEPARTMENT, JENNINGS COUNTY COMMISSIONERS, JENNINGS COUNTY SHERIFF'S OFFICE, CHRIS ALLEN, in his individual capacity, ADAM DRIVER, in his individual capacity, BEN SEASTROM, in his individual capacity, and DYLAN SMOCK, in his individual capacity, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JENNINGS DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, in his individual capacity, and Dylan Smock, in his individual capacity ("Jennings Defendants"), pursuant to Federal Rule of Civil Procedure 6 and Southern District of Indiana Local Rule 6-1(c), respectfully request that this Court grant them an extension of time of four (4) days, to and including November 7, 2025, in which to file their response to Plaintiff's written requests for discovery. In support thereof, Jennings Defendants state:

1.      Plaintiff, the Estate of Rachel Blake, deceased, by Jacob Wright, Personal Representative, by counsel, served written discovery requests to Jennings Defendants on September 5, 2025.

250262/64905417-1

2.      Plaintiff's discovery requests included interrogatories to all Jennings Defendants, and requests for production of documents to Jennings County Commissioners and Jennings County Sheriff's Office.

3.      Jennings Defendants filed their Notice of First Extension of Time on October 6, 2025, requesting an extension of twenty-eight (28) days, to and including November 3, 2025, to respond to Plaintiff's discovery requests.

4.      Jennings Defendants' Motion was Granted by this Court, and their responses to Plaintiff's discovery requests are currently due on November 3, 2025, which time has not yet expired.

5.      Jennings Defendants timely served Defendant Ben Seastrom and Defendant Dylan Smock's Answers to Plaintiff's Interrogatories to all counsel of record on November 3, 2025.

6.      Jennings Defendants require a short extension of time to provide the Jennings County Commissioners and Jennings County Sheriff's Office's responses to Plaintiff's interrogatories and requests for production.

7.      Jennings Defendants therefore request an extension of time of four (4) days, to and including Friday, November 7, 2025, by which to provide their responses to Plaintiff's discovery requests.

8.      The extension of time is necessary for Jennings Defendants to obtain certain documents responsive to Plaintiff's requests, the substance of which will determine their responses to Plaintiff's interrogatory and requests for production.

9.      This Motion is not being made for the purpose of delay, and will not interfere with the Case Management Plan, trial, hearing dates, or other deadlines scheduled by this Court.

250262/64905417-1

10.    Counsel for City of North Vernon, North Vernon Police Department, Chris Allen, in his individual capacity, and Adam Driver, in his individual capacity, was contacted by counsel for Jennings Defendants and agrees to the requested extension of time.

11.    Counsel for Jennings Defendants attempted to contact counsel for Plaintiff regarding this extension by email on October 31, 2025 at 11:18 a.m. and by email on November 3, 2025 at 1:49 p.m., but was unable to get into contact with Plaintiff's counsel to determine whether opposing counsel approves of this motion.

WHEREFORE, Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, in his individual capacity, and Dylan Smock, in his individual capacity, respectfully request that the Court grant Jennings Defendants' an extension of time of four (4) days, to and including November 7, 2025, in which to file their response to Plaintiff's written requests for discovery.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

 */s/ Allissa A. Aardema*
Pfenne P. Cantrell, Atty. No. 18555-49
Allissa A. Aardema, Atty. No. 38111-53
255 S. East Street, Suite 220
Indianapolis, IN 46202
Telephone: (317) 638-4521
Fax: (317) 656-5917
Email: pcantrell@k-glaw.com
            aaardema@k-glaw.com
*Attorneys for Jennings Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below. Any other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Anthony W. Patterson
Courtney L. Darcy
Jesse Smith
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
tpatterson@parrlaw.com
cdarcy@parlaw.com
jsmith@parrlaw.com

Douglas A. Hoffman
Jeremy M. Dilts
CARSON LLP
Hoffman@carsonllp.com
Dilts@carsonllp.com

 /s/ Allissa A. Aardema
Allissa A. Aardema

KIGHTLINGER & GRAY, LLP
225 S. East Street
Suite 220
Indianapolis, Indiana 46202
(317) 638-4521
pcantrell@k-glaw.com

250262/64905417-1