UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF RACHEL BLAKE, ) <br> Deceased, by JACOB WRIGHT, ) <br> Personal Representative, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF NORTH VERNON, ) <br> NORTH VERNON POLICE DEPARTMENT, ) <br> JENNINGS COUNTY COMMISSIONERS, ) <br> JENNINGS COUNTY SHERIFF'S OFFICE, ) <br> CHRIS ALLEN, in his individual capacity, ) <br> ADAM DRIVER, in his individual capacity, ) <br> BEN SEASTROM, in his individual capacity, ) <br> and DYLAN SMOCK, in his individual capacity, ) <br> ) <br> Defendants. ) | Case No. 4:25-cv-00076-TWP-KMB |

**ORDER GRANTING JENNINGS DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, in his individual capacity, and Dylan Smock, in his individual capacity, having filed their Motion for Second Extension of Time to Respond to Plaintiff's Discovery Requests, and the Court, being duly advised, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendants, Jennings County Commissioners, Jennings County Sheriff's Office, Ben Seastrom, in his individual capacity, and Dylan Smock, in his individual capacity, shall have an extension of time of four (4) days, to and including November

7, 2025, in which to file their responses to Plaintiff's written requests for discovery.

| | |
|---|---|
| _____ | _____ |
| Date | Kellie M. Barr |
| | United States Magistrate Judge |
| | Southern District of Indiana |

Distribution: All ECF-Registered Counsel of Record